UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNARD EDRALIN BUMAGAT,<br><br>Plaintiff,<br><br>v.<br><br>AMY FURLONG, et al.,<br><br>Defendants. | No. 2:17-cv-2008-TLN-KJN PS<br><br>ORDER |

On November 28, 2018, this action was reassigned to the undersigned. (ECF Nos. 56, 57.) Three motions are currently pending before the court, and the court issues the following order to clarify the status of those motions.

First, a motion to dismiss was filed by defendants Amy Furlong, Krishna Abrams, and the County of Solano. (ECF No. 46.) Upon completion of briefing pursuant to Local Rule 230(g), that motion was submitted for decision on July 31, 2018. (ECF No. 49.) No further briefing will be entertained with respect to that motion, unless specifically requested by the court. An order on the motion will issue in due course.

Second, a motion to amend the operative complaint was filed by plaintiff Maynard Bumagat on September 14, 2018. (ECF No. 52.) Three days later, on September 17, 2018, plaintiff was directed to re-notice the motion, but to date plaintiff has not done so despite the

passage of more than two months. (ECF No. 53.) Therefore, the court denies that motion without prejudice for failure to re-notice the motion in accordance with the court's order.

Third, on November 26, 2018, a motion to dismiss for lack of prosecution was filed by defendants Terry Schillinger, Andrew Bidou, Jeff Bassett, and the City of Vallejo. (ECF No. 55.) Any opposition to that motion shall be filed no later than December 17, 2018. Failure to timely respond to the motion will be deemed to be plaintiff's statement of non-opposition and consent to a summary grant of the motion, and will result in dismissal of the action with prejudice. Any reply brief is due January 7, 2018. No further briefing will be permitted unless specifically requested by the court. If the court subsequently determines that oral argument is necessary, the parties will be notified.

IT IS SO ORDERED. This order resolves ECF No. 52.

Dated: November 29, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE