UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNARD EDRALIN BUMAGAT,<br><br>Plaintiff,<br><br>v.<br><br>TERRY SCHILLINGER, et. al.,<br><br>Defendants. | No. 2:17-cv-2008-TLN-KJN PS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL<br>AND<br>ORDER ON SERVICE OF PROCESS |

Presently pending before the Court is Plaintiff's motion to compel discovery. (ECF No. 74.) At the July 18, 2019 hearing on the motion, pro se Plaintiff appeared, and attorney Timothy Smyth appeared on behalf of Defendants. After considering the parties' statements regarding the discovery disagreement (ECF Nos .74, 75), and for the reasons discussed at the hearing, the Court denies without prejudice Plaintiff's motion to compel.

Further, at the hearing the Court noted that Defendant Soliman has yet to appear in this action, despite Plaintiff's notice that he submitted service documents to the U.S. Marshal in April of 2019. (ECF Nos. 66, 69.) Plaintiff indicated he just became aware that Mr. Soliman had not been served, and stated he would follow up with the U.S. Marshal. The Court orders Plaintiff to file a report within ten days updating the status of service on Mr. Soliman.

Finally, the Court requested the parties submit their notices as to whether they will elect to consent to the Magistrate Judge's jurisdiction for all purposes within seven days.

1

IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (ECF No. 74) is DENIED WITHOUT PREJUDICE;
2. As set forth in the Court's scheduling order (See ECF No. 68), the parties are ordered to meet and confer regarding the mandatory disclosures required under Fed. R. Civ. P. 26 and the preparation of the status report (due seven days prior to the August 22, 2019 initial scheduling conference);
3. Within ten days of this order, Plaintiff shall file a report with the Court describing the status of the service of process on Defendant Soliman; and
4. Within seven days of this order, the parties shall submit their notices as to whether they elect to consent to the Magistrate Judge's jurisdiction for all purposes.

IT IS SO ORDERED.

Dated: July 19, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, buma.2008