UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNARD EDRALIN BUMAGAT,<br><br>Plaintiff,<br><br>v.<br><br>TERRY SCHILLINGER, et. al.,<br><br>Defendants. | No. 2:17-cv-02008-TLN-KJN<br><br>**ORDER**<br><br>(ECF Nos. 86, 91) |

Plaintiff Maynard Edralin Bumagat ("Plaintiff"), proceeding *pro se*, filed the above-entitled action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 7, 2019 the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 91.) Neither party has filed objections to the Findings and Recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 7, 2019 (ECF No. 91), are adopted in full;

2. The case is DISMISSED, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 2, 2019

_____
Troy L. Nunley
United States District Judge